JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARGARET COLLEN MARCEAU, | ) | Case No. 5:24-cv-00382-KS |
| Plaintiff, | ) | ~~[PROPOSED]~~ |
| v. | ) | **JUDGMENT OF REMAND** |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: June 28, 2024

/s/ Karen L. Stevenson
HON. KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE